UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX TAPIA, Plaintiff, -against- CITY OF NEW YORK, et al., Defendants. | 1:25-CV-3087 (LTS) ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 6, 2026, the Court directed Plaintiff, within 30 days, to either complete, sign, and submit a Notice of Change of Address form with his current contact information or a Consent to Electronic Service form. The Court notified Plaintiff that, if he did not comply with that order, the Court would dismiss this action without prejudice to him refiling it. Plaintiff has not complied with that order.

Accordingly, the Court dismisses this action without prejudice to Plaintiff's filing a new civil action. *See* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. The paper must state the signer's address, email address, and telephone number.").

The Court directs the Clerk of Court to enter a judgment dismissing this action without prejudice for the reason set forth in this order.

The Court also directs the Clerk of Court to mail a copy of this order and the accompanying judgment to Plaintiff's last known address. This order and the judgment will also be viewable on the court's electronic docket.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an

appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court further directs the Clerk of Court to mail a copy of this order and the judgment to any self-represented party who has not consented to e-service or who has not been granted e-filing.

SO ORDERED.

Dated: November 13, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge